### WOMMACK, executrix, *et al. v.* WOMMACK.

GILBERT, J. The evidence authorized the verdict, and none of the assignments of error show cause for the grant of a new trial.

*Judgment affirmed. All the Justices concur.*

No. 1081. MARCH 13, 1919.

Equitable petition. Before Judge Hardeman. Washington superior court. July 17, 1918.

*William Faircloth* and *W. M. Goodwin,* for plaintiffs in error.

*T. J. Swint* and *Jordan & Harris,* contra.